JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| PARDEEP KUMAR, | Case No. 5:26-cv-01988-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| JAIME RIOS et al, | |
| Respondent. | |

Pursuant to the Order on Petition for Habeas Corpus, **IT IS HEREBY ADJUDGED** this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Pardeep Kumar (A-Number 246-749-084)** from custody on his prior conditions of release and immediately return any confiscated property or documents. Respondents are **ORDERED** not to re-detain Petitioner without first providing Petitioner and his counsel at least seven days' notice that they will seek a pre-deprivation custody hearing before a neutral arbiter at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community, and that there are no conditions that will reasonably assure Petitioner's appearance and public safety, and that the arbiter consider Petitioner's ability to pay and alternatives to detention.

Dated: July 1, 2026



HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

2